# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JUSTIN JUDE CARROLL AND** | * | |
| **KEREN ROSENBLUM** | * | **CIVIL ACTION NO.:** |
| | * | |
| **VERSUS** | * | **SECTION:** |
| | * | |
| **AMERICAN EMPIRE SURPLUS LINES** | * | **MAG. DIV.:** |
| **INSURANCE COMPANY;  AIRBNB** | * | |
| **PAYMENTS, INC., HMIA HOLDINGS,** | * | |
| **L.L.C., LATTER & BLUM INSURANCE** | * | |
| **SERVICES, INC., LYNN S. SCHWARZHOFF,** | * | |
| **AND MARK K. HAMILTON** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

---

## COMPLAINT FOR DAMAGES

---

**MAY IT PLEASE THE COURT:**

NOW COMES, through undersigned counsel, Plaintiffs, Justin Jude Carroll, and his lawful spouse, Keren Rosenblum, both persons of full age and majority residing and domiciled in the County of Multnomah, Oregon, who respectfully plead the following averments:

## <u>DEFENDANTS</u>

The Defendants to the civil action herein are:

1.      Defendant, American Empire Surplus Lines Insurance Company, and all of its affiliates, subsidiaries, successors, predecessors as well as any and all related entities and division companies hereinafter ["American"] is a foreign insurance company incorporated and existing under the laws of the State of Ohio, domiciled in the State of Delaware, and operating their principal place of business in Cincinnati, Ohio.

1

2.      Defendant, HMIA Holdings, L.L.C., and all of its affiliates, subsidiaries, successors, predecessors as well as any and all related entities and division companies hereinafter ["HMIA"], is a Louisiana insurance company incorporated and existing under the laws of the State of Louisiana, domiciled in Louisiana, and operating its principal place of business in New Orleans, Louisiana.

3.      Defendant, Airbnb Payments, Inc., and all of its affiliates, subsidiaries, successors, predecessors as well as any and all related entities and division companies hereinafter ["Airbnb"] is a foreign business corporation incorporated and existing under the laws of the State of California, domiciled in the State of California and operates its principal place of business in San Francisco, California.

4.      Defendant, Latter & Blum Insurance Company, and all of its affiliates, subsidiaries, successors, predecessors as well as any and all related entities and division companies hereinafter ["Latter & Blum"] is an insurance company incorporated and existing under the laws of the State of Louisiana, domiciled in the State of Louisiana, and operating their principal place of business in New Orleans, Louisiana.

5.      Defendant, Lynn S. Schwarzhoff, is a personal of full age of majority residing and domiciled in the State of California.

6.      Defendant, Mark K. Hamilton, is a personal of full age of majority residing and domiciled in the State of California.

## JURISDICTION AND VENUE

7.      This Honorable Court possesses subject matter jurisdiction over the claims set forth herein based on the complete diversity of citizenship of the parties in accordance with  28 U.S.C.

2

§ 1332.  In addition, the amount in controversy exceeds $75,000.00, exclusive of costs and legal interest as required by 28 U.S.C. § 1332.

8.      This Honorable Court possesses personal jurisdiction over each of the non-resident Defendants named herein pursuant to the provisions of the Louisiana Long-Arm Statute, La. R.S. 13:3201.  Furthermore, this Court's exercise of personal jurisdiction over each named Defendant is consistent with the constitution of this state and of the Constitution of the United States of America.

9.      Venue is proper in the Eastern District of Louisiana as this is the geographic federal district where the Plaintiff, Justin Jude Carroll, sustained severe bodily injuries, compensatory damages and other insured covered losses on or about April 10, 2015 when the unreasonably dangerous, hazardous, and defective stairs on which Justin Jude Carroll was climbing collapsed at the property owned and controlled by Mark K. Hamilton and Lynn S. Schwarzhoff located at 1423 Royal Street in New Orleans, Louisiana.

10.     Moreover, as set forth fully below, the remaining Defendant insurers, American, HMIA, Latter & Blum and Airbnb entered into contractual agreements to cover the losses resulting from the April 10, 2015 accident, which is the subject of this litigation.

## FACTS OF THE ACCIDENT

11.     On or about April 10, 2015, Plaintiff, Justin Jude Carroll, and three friends were climbing the stairs to an apartment located at 1423 Royal Street, which was owned, operated and in the custody of Defendants, Mark K. Hamilton and Lynn S. Schwarzhoff.  Plaintiff and his friends booked the apartment through Defendant, Airbnb's, website where Defendants Hamilton and Schwarzhoff list the 1423 Royal Street apartment as a rentable accommodation for guests visiting New Orleans.

12.     As Plaintiff and his friends used the wooden stairs to access the rented apartment, the stairs collapsed and Plaintiff fell ten (10) feet, smashing into the air conditioning unit and collapsed stairs below.  Plaintiff was transported to Tulane Medical Center Emergency Room by ambulance.

13.     Upon information and belief, the wooden stairs used to access the 1423 Royal Street apartment were rotted and failed to have adequate support beams and/or support posts.  Further, the wooden beams connecting the stairs were rotted and deteriorating.  These conditions created an unreasonable risk of harm to Plaintiff.

14.     After the collapse of the stairs and upon impact, the Plaintiff, Justin Jude Carroll, sustained severe physical and mental injuries including lacerations to his face, right side of his shoulder, right foot, ankle, and elbow.  Plaintiff also sustained abrasions to his arms, back, chest wall and a right fibular fracture.  In addition, Plaintiff, as a direct result of the collapsed and defective stairwell caused by the negligent conduct of Defendants, Mark K. Hamilton and Lynn S. Schwarzhoff, has undergone continuous medical treatment for orthopedic, musculoskeletal, and neurological injuries, including severe post-concussion syndrome, for which he seeks compensatory recovery.

15.     Plaintiff's severe injuries were directly caused by the negligent, careless, and reckless conduct committed by Defendants, Lynn S. Schwarzhoff and Mark K. Hamilton who knew, or in the exercise of reasonable care, should have known of the defective condition of the wooden stairs providing the only access for Plaintiff to the Airbnb rented apartment.

16.     As set forth fully below, Plaintiffs, Justin Jude Carroll and Keren Rosenblum, seek all compensatory damages, punitive damages, and all other legal and equitable relief for the injuries, pain and suffering, and economic losses, which were directly, legally, and proximately caused by

the wrongful, negligent, reckless, and/or strictly liable conduct of Defendants, Mark K. Hamilton and Lynn S. Schwarzhoff.   In addition, Plaintiffs seek compensatory recovery from the Defendants insurers, for all covered losses for which they are contractually responsible to insure arising out of the accident on April 10, 2015.

**COUNT I:   AMERICAN EMPIRE SURPLUS LINES INSURANCE COMPANY**

17.     Plaintiffs include each preceding paragraph of their Complaint as if included *in extenso*.

18.     Upon information and belief, the Defendant, American, entered into a contractual agreement with Mark K. Hamilton and Lynn S. Schwarzhoff to insure losses occasioned by their liability in owning the property located at 1423 Royal Street, New Orleans, Louisiana, which due to the negligent, careless, and reckless conduct of Mark K. Hamilton and Lynn S. Schwarzhoff caused the accident on April 10, 2015 as well as all general and special damages incurred by the Plaintiffs, Justin Jude Carroll and Keren Rosenblum.

19.     Plaintiffs therefore seek recovery from American for all insured and covered losses sustained by the Plaintiffs by virtue of American's contractual insurance agreement with Mark K. Hamilton and Lynn S. Schwarzhoff and their failure to prevent, through the exercise of reasonable care, the collapse of the defective wooden stairs on April 10, 2015 leading to the apartment rented through Airbnb by the Plaintiff, Justin Jude Carroll.

20.     As a result of the wrongful, negligent, reckless, and strictly liable conduct on the part of the Defendant, American's insured, Mark K. Hamilton and Lynn S. Schwarzhoff, Plaintiffs, Justin Jude Carroll and Keren Rosenblum seek the following compensatory damages allowed by law, which were directly, legally, and proximately caused by the conduct of the Defendant's insured:

    A.  General Damages:

        1.  Conscious Physical Pain and Suffering;

        2.  Conscious Mental Pain and Suffering;

        3.  Permanent Impairment;

        4.  Loss of Enjoyment of Life;

        5.  Loss of Consortium, Keren Rosenblum

    B.  Special Damages;

        1.  Past and Future Economic Losses;

        2.  Past and Future Medical Expenses;

21.    The Plaintiffs are entitled to and demand a trial by jury.

22.    The Plaintiffs reserve the right to amend Count I as additional facts become known in the course of litigation.

WHEREFORE, Plaintiffs, Justin Jude Carroll and Keren Rosenblum pray that the Defendant, American, be duly served with a copy of this Complaint and be summoned to appear and answer same and after due proceedings are held that there be Judgment granted herein in favor of Plaintiffs and against Defendant, American, for all sums reasonable in the premises, together with legal interest thereon from the date of judicial demand, until paid, for all costs of these proceedings and for all general and equitable relief.

### COUNT II:  MARK K. HAMILTON AND LYNN S. SCHWARZHOFF

23.    Plaintiffs include each preceding paragraph of their Complaint as if included *in extenso*.

24.    Upon information and belief, the Defendants, Mark K. Hamilton and Lynn S. Schwarzhoff, at all times mentioned, owned the building, and divided it into separate rental units for residential purposes, at 1423 Royal Street, New Orleans, Louisiana, Parish of Orleans.

25.     Upon information and belief, at all the times mentioned, the Defendants, Hamilton and Schwarzhoff, retained control and custody of the building located at 1423 Royal Street, New Orleans, Louisiana, including all of the stairways used in common by all tenants of the building and others lawfully on the premises.

26.     On April 10, 2015, Plaintiff and three friends were climbing the stairs to their rented apartment located at 1423 Royal Street, which was owned, controlled and in the custody of Defendants, Mark K. Hamilton and Lynn S. Schwarzhoff.  Plaintiff and his friends booked the apartment through Defendant, Airbnb's, website where Defendants Hamilton and Schwarzhoff list the 1423 Royal Street apartment as a rentable accommodation for guests visiting New Orleans.

27.     On April 10, 2015, as Plaintiff used the wooden stairs to access the rented apartment, the stairs collapsed and Plaintiff fell ten (10) feet, smashing into the air conditioning unit and collapsed stairs below.

28.     Upon information and belief, the wooden stairs were rotted and failed to have adequate support beams and/or posts.  Further, the wooden beams connecting the stairs were rotted and deteriorating.  These conditions created an unreasonable risk of harm to Plaintiff.

29.     Defendants, Hamilton and Schwarzhoff, knew, or with the exercise of reasonable care should have known, of the defective condition of the stairs, but negligently failed to correct, remove, or repair such defective condition, and as such, the negligence of Defendants was a proximate cause of Plaintiff's injuries and damages incidental to such injuries.

30.     Plaintiffs therefore seek recovery from Defendants, Mark K. Hamilton and Lynn S. Schwarzhoff, for their failure to prevent, through the exercise of reasonable care, the collapse of

the defective wooden stairs on April 10, 2015 leading to the apartment rented through Airbnb by the Plaintiff, Justin Jude Carroll.

31.     As a result of the wrongful, negligent, reckless, and strictly liable conduct on the part of the Defendants, Mark K. Hamilton and Lynn S. Schwarzhoff, Plaintiffs, Justin Jude Carroll and Keren Rosenblum, seek the following compensatory damages allowed by law, which were directly, legally, and proximately caused by the conduct of the Defendants:

      A.  General Damages:

            1.  Conscious Physical Pain and Suffering;

            2.  Conscious Mental Pain and Suffering;

            3.  Permanent Impairment;

            4.  Loss of Enjoyment of Life;

            5.  Loss of Consortium, Keren Rosenblum.

      B.  Special Damages;

            1.  Past and Future Economic Losses;

            2.  Past and Future Medical Expenses;

32.     The Plaintiffs are entitled to and demand a trial by jury.

33.     The Plaintiffs reserve the right to amend Count II as additional facts become known in the course of litigation.

      WHEREFORE, Plaintiffs, Justin Jude Carroll and Keren Rosenblum, pray that the Defendants, Hamilton and Schwarzhoff, be duly served with a copy of this Complaint and be summoned to appear and answer same and after due proceedings are held that there be Judgment granted herein in favor of Plaintiffs and against Defendants, Hamilton and Schwarzhoff, for all

sums reasonable in the premises, together with legal interest thereon from the date of judicial demand, until paid, for all costs of these proceedings and for all general and equitable relief.

## COUNT III:  HMIA HOLDINGS, L.L.C.

34.    Plaintiffs include each preceding paragraph of their Complaint as if included *in extenso.*

35.    Upon information and belief, the Defendant, HMIA, entered into a contractual agreement with Mark K. Hamilton and Lynn S. Schwarzhoff to insure losses occasioned by their liability in owning the property located at 1423 Royal Street, New Orleans, Louisiana, which due to the negligent, careless, and reckless conduct of Mark K. Hamilton and Lynn S. Schwarzhoff caused the accident on April 10, 2015 as well as all general and special damages incurred by the Plaintiffs, Justin Jude Carroll and Keren Rosenblum.

36.    Plaintiffs therefore seek recovery from HMIA for all insured and covered losses sustained by the Plaintiff by virtue of HMIA's contractual insurance agreement with Mark K. Hamilton and Lynn S. Schwarzhoff and their failure to prevent, through the exercise of reasonable care, the collapse of the defective wooden stairs on April 10, 2015 leading to the apartment rented through Airbnb by the Plaintiff, Justin Jude Carroll.

37.    As a result of the wrongful, negligent, reckless, and strictly liable conduct on the part of the Defendant, HMIA's, insured Mark K. Hamilton and Lynn S. Schwarzhoff, Plaintiffs, Justin Jude Carroll and Keren Rosenblum, seek the following compensatory damages allowed by law, which were directly, legally, and proximately caused by the conduct of the Defendant's insured:

     A.  General Damages:

          1.  Conscious Physical Pain and Suffering;

          2.  Conscious Mental Pain and Suffering;

      3.  Permanent Impairment;

      4.  Loss of Enjoyment of Life;

      5.  Loss of Consortium, Keren Rosenblum.

    B.  Special Damages;

      1.  Past and Future Economic Losses;

      2.  Past and Future Medical Expenses;

38.    The Plaintiffs are entitled to and demand a trial by jury.

39.    The Plaintiffs reserve the right to amend Count III as additional facts become known in the course of litigation.

WHEREFORE, Plaintiffs, Justin Jude Carroll and Keren Rosenblum, pray that the Defendant, HMIA, be duly served with a copy of this Complaint and be summoned to appear and answer same and after due proceedings are held that there be Judgment granted herein in favor of Plaintiffs and against Defendant, HMIA, for all sums reasonable in the premises, together with legal interest thereon from the date of judicial demand, until paid, for all costs of these proceedings and for all general and equitable relief.

**COUNT IV: LATTER & BLUM INSURANCE COMPANY**

40.    Plaintiffs include each preceding paragraph of their Complaint as if included *in extenso*.

41.    Upon information and belief, the Defendant, Latter & Blum, entered into a contractual agreement with Mark K. Hamilton and Lynn S. Schwarzhoff to insure losses occasioned by their liability in owning the property located at 1423 Royal Street, New Orleans, Louisiana, which due to the negligent, careless, and reckless conduct of Mark K. Hamilton and Lynn S. Schwarzhoff caused the accident on April 10, 2015 as well as all general and special damages incurred by the Plaintiffs, Justin Jude Carroll and Keren Rosenblum.

42.     Plaintiffs therefore seek recovery from Latter & Blum for all insured and covered losses sustained by the Plaintiffs by virtue of Latter & Blum's contractual insurance agreement with Mark K. Hamilton and Lynn S. Schwarzhoff and their failure to prevent, through the exercise of reasonable care, the collapse of the defective wooden stairs on April 10, 2015 leading to the apartment rented through Airbnb by the Plaintiff, Justin Jude Carroll.

43.     As a result of the wrongful, negligent, reckless, and strictly liable conduct on the part of the Defendant, Latter & Blum's, insured Mark K. Hamilton and Lynn S. Schwarzhoff, Plaintiffs, Justin Jude Carroll and Keren Rosenblum, seek the following compensatory damages allowed by law, which were directly, legally, and proximately caused by the conduct of the Defendant's insured:

      A.  General Damages:

          1.  Conscious Physical Pain and Suffering;

          2.  Conscious Mental Pain and Suffering;

          3.  Permanent Impairment;

          4.  Loss of Enjoyment of Life;

          5.  Loss of Consortium, Keren Rosenblum.

      B.  Special Damages;

          1.  Past and Future Economic Losses;

          2.  Past and Future Medical Expenses;

44.     The Plaintiffs are entitled to and demand a trial by jury.

45.     The Plaintiffs reserve the right to amend Count IV as additional facts become known in the course of litigation.

WHEREFORE, Plaintiffs, Justin Jude Carroll and Keren Rosenblum, pray that the Defendant, Latter & Blum, be duly served with a copy of this Complaint and be summoned to appear and answer same and after due proceedings are held that there be Judgment granted herein in favor of Plaintiffs and against Defendant, Latter & Blum, for all sums reasonable in the premises, together with legal interest thereon from the date of judicial demand, until paid, for all costs of these proceedings and for all general and equitable relief.

### COUNT V: AIRBNB PAYMENTS, INC.

46.     Plaintiffs include each preceding paragraph of their Complaint as if included *in extenso.*

47.     Upon information and belief, Defendant, Airbnb, as an incentive to becoming a "host" on its website, provides general commercial liability coverage through its Host Protection Insurance Program for bodily injury to others arising during a stay at their Airbnb accommodation.

48.     Upon information and belief, the Defendant, Airbnb, entered into a contractual agreement with Mark K. Hamilton and Lynn S. Schwarzhoff as "hosts" to insure losses occasioned by their liability in owning and renting the property located at 1423 Royal Street, New Orleans, Louisiana, which due to the negligent, careless, and reckless conduct of Mark K. Hamilton and Lynn S. Schwarzhoff caused the accident on April 10, 2015 as well as all general and special damages incurred by the Plaintiffs, Justin Jude Carroll and Keren Rosenblum.

49.     Plaintiffs therefore seek recovery from Airbnb for all insured and covered losses sustained by the Plaintiff by virtue of Airbnb's contractual insurance agreement with Mark K. Hamilton and Lynn S. Schwarzhoff and their failure to prevent, through the exercise of reasonable care, the collapse of the defective wooden stairs on April 10, 2015 leading to the apartment rented through Airbnb by the Plaintiff, Justin Jude Carroll.

50.     As a result of the wrongful, negligent, reckless, and strictly liable conduct on the part of the Defendant, Airbnb's, insured Mark K. Hamilton and Lynn S. Schwarzhoff, Plaintiffs, Justin Jude Carroll and Keren Rosenblum, seek the following compensatory damages allowed by law, which were directly, legally, and proximately caused by the conduct of the Defendant's insured:

       A.  General Damages:

           1.  Conscious Physical Pain and Suffering;

           2.  Conscious Mental Pain and Suffering;

           3.  Permanent Impairment;

           4.  Loss of Enjoyment of Life;

           5.  Loss of Consortium, Keren Rosenblum.

       B.  Special Damages;

           1.  Past and Future Economic Losses;

           2.  Past and Future Medical Expenses;

51.     The Plaintiffs are entitled to and demand a trial by jury.

52.     The Plaintiffs reserve the right to amend Count V as additional facts become known in the course of litigation.

WHEREFORE, Plaintiffs, Justin Jude Carroll and Keren Rosenblum, pray that the Defendant, Airbnb, be duly served with a copy of this Complaint and be summoned to appear and answer same and after due proceedings are held that there be Judgment granted herein in favor of Plaintiffs and against Defendant, Airbnb, for all sums reasonable in the premises, together with legal interest thereon from the date of judicial demand, until paid, for all costs of these proceedings and for all general and equitable relief.

Respectfully Submitted,

**DAVIS, SAUNDERS, MILLER & ODEN**

BY:           _/s/ Carisa German-Oden_

                **CARISA GERMAN-ODEN #31463**
                **JOSEPH M. MILLER #30636**
                **BENJAMIN B. SAUNDERS #11733**
                400 Mariners Plaza Drive, Suite 401
                Mandeville, Louisiana  70448
                Telephone: (985) 612-3070
                Facsimile:  (985)612-3072

                **Attorneys for Plaintiff,**
                **Justin Jude Carroll and Keren Rosenblum**